LAW OFFICES OF
# LONDON & ROBIN

IRA D. LONDON
AVROM ROBIN
---------

OF COUNSEL
   ROBERT M. SILVERSTEIN

99 PARK AVENUE
SUITE 2600
NEW YORK, NEW YORK 10016
TEL: 212-683-8000
FAX: 212-683-9422
EMAIL: iradlondon@aol.com
avrom@mindspring.com

December 21, 2016

Magistrate Judge Ronald L. Ellis
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    <u>United States v. Jonathan Powell</u>
              16-MJ-7004

Dear Judge Ellis:

      I write regarding my client, Jonathan Powell, to respectfully request permission of the Court for a modification of bail conditions to permit travel from the dates of December 23, 2016 to December 28, 2016. Mr. Powell is flying to Chicago with his wife and staying at his wife's parents' house.

      A.U.S.A. Christopher DiMase and U.S.P.T.O Gilbert Lara, who supervises Mr. Powell in Arizona where he resides, have no objections.

Very truly yours,

Ira D. London