

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 5, 2018

**BY ECF & ELECTRONIC MAIL**

Honorable Alison J. Nathan
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York  10007
NathanNYSDChambers@nysd.uscourts.gov

   Re: *United States v. Jonathan Powell*
     **17 Cr. 040 (AJN)**

Dear Judge Nathan:

  The Government writes to update the Court regarding its progress in making notifications to individual student victims pursuant to the Crime Victims' Rights Act, 18 U.S.C. § 3771, as discussed during the proceeding held on December 1, 2017, in connection with the above-captioned case.

  As of today, the Government has obtained contact information for victims at all eight universities at which it had previously identified accounts compromised by the defendant.  The process of uploading that information into a centralized database for dissemination of notifications and setting up a call-in line for any victims with questions has taken slightly longer than initially anticipated.  At present, the Government expects to be able to notify affected students by e-mail on or about Tuesday, January 9, 2018, which the Government believes will provide sufficient time for victims to submit any victim impact statements for the Court's consideration in advance of the January 24, 2018 sentencing proceeding.  If for any reason that schedule changes, the Government will promptly notify the Court.

Honorable Alison J. Nathan
January 5, 2018
Page 2 of 2

       Please do not hesitate to contact me with any questions or concerns.

                                          Respectfully submitted,

                                          GEOFFREY S. BERMAN
                                          United States Attorney

                          By: _____
                                          Christopher J. DiMase
                                          Assistant United States Attorney
                                          Southern District of New York
                                          (212) 637-2433

cc:     Deborah Colson, Esq. (by electronic mail)